IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ELLEN ELIZABETH
STRICKLAND,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5409

Opinion filed April 2, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Stacy A. Scott, Public Defender, and Phaladya Dean, Assistant Public Defender, Bronson, for Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the October 15, 2014, judgment and sentence in Levy County Circuit Court case number 38-2014-CF-303A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk

of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.